NICHOLAS A. TRUTANICH
United States Attorney
NICHOLAS D. DICKINSON
Assistant United States Attorney
United States Attorney's Office
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6175
Fax: (702) 388-6787
Nicholas.Dickinson@usdoj.gov

TIMOTHY FINLEY
DANIEL ZYTNICK
Trial Attorneys
U.S. Department of Justice
Consumer Protection Branch
PO Box 386
Washington, DC 20044
Tel: (202) 307-0050, (202) 598-8337
Fax: (202) 514-8742
Timothy.T.Finley@usdoj.gov
Daniel.E.Zytnick@usdoj.gov

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-cr-00295-GMN-NJK |
| Plaintiff, | |
| vs. | **Order Regarding Disclosure of Witness Interview Memoranda** |
| MARIO CASTRO, JOSE SALUD CASTRO, SALVADOR CASTRO, MIGUEL CASTRO, JOSE LUIS MENDEZ, AND ANDREA BURROW, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by the United States, by and through its counsel of record, and defendants Mario Castro, Jose Salud Castro, Salvador Castro, Miguel Castro, Jose Luis Mendez, and Andrea Burrow, by and through their undersigned counsel (collectively, hereinafter "the parties"), as follows:

1. The government will produce to the defendants approximately 14 memoranda of interviews (MOIs) of key witnesses upon the entry of this stipulation as an order of the Court.
2. The government will produce the remaining witness MOIs five weeks prior to trial, provided all defense counsel have confirmed that they will not seek a continuance of the trial.

///

DATED this 4th day of June, 2020.

NICHOLAS A. TRUTANICH
United States Attorney

/s/ Timothy Finley
TIMOTHY FINLEY
DANIEL ZYTNICK
Trial Attorneys
U.S. Department of Justice
Consumer Protection Branch

/s/ Erick M. Ferran
ERICK M. FERRAN
Counsel for Defendant
MARIO CASTRO

/s/ Osvaldo E. Fumo
OSVALDO E. FUMO
Counsel for Defendant
JOSE SALUD CASTRO

/s/ Yi Lin Zheng
YI LIN ZHENG
Counsel for Defendant
MIGUEL CASTRO

/s/ Donald J. Green
DONALD J. GREEN
Counsel for Defendant
SALVADOR CASTRO

/s/ Telia U. Williams
TELIA U. WILLIAMS
Counsel for Defendant
JOSE LUIS MENDEZ

/s/ Crane M. Pomerantz
CRANE M. POMERANTZ
Counsel for Defendant
ANDREA BURROW

**IT IS ORDERED**

This  5th  day of  June , 2020.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

3