NICHOLAS A. TRUTANICH
United States Attorney
NICHOLAS D. DICKINSON
Assistant United States Attorney
United States Attorney's Office
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6175
Fax: (702) 388-6787
Nicholas.Dickinson@usdoj.gov

TIMOTHY FINLEY
DANIEL ZYTNICK
Trial Attorneys
U.S. Department of Justice
Consumer Protection Branch
PO Box 386
Washington, DC  20044
Tel: (202) 307-0050, (202) 598-8337
Fax: (202) 514-8742
Timothy.T.Finley@usdoj.gov
Daniel.E.Zytnick@usdoj.gov

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br>     vs.<br><br> MARIO CASTRO,<br> JOSE SALUD CASTRO,<br> SALVADOR CASTRO,<br> MIGUEL CASTRO<br> JOSE LUIS MENDEZ, AND<br> ANDREA BURROW,<br><br>                 Defendants. | Case No.: 2:19-cr-00295-GMN-NJK<br><br>Order Granting Motion to Unseal Search Warrants |

The parties, by and through their counsel of record, request that the Court unseal the following search and seizure warrants, together with supporting documents, that were part of the investigation of this case. The parties are seeking to unseal the warrants so that all parties can have complete copies of the warrants.

| Case Number | Date Filed | Captioned |
|---|---|---|
| 2:17-mj-00876-VCF | August 30, 2017 | In the Matter of the Tracking of a 2017, White Chevrolet Traverse, Nevada License Plate Number 202MGM, VIN # 1 GNKRJKD2HJ164772 |
| 2:17-mj-1023-GWF | October 26, 2017 | In the Matter of the Search of Information Associated with the Email Accounts: aburrow@hotmail.com that Is Stored at Premises Controlled by Microsoft Corporation |
| 2:17-mj-1024-GWF | October 26, 2017 | In the Matter of the Search of Information Associated with the Email Accounts: aburrow@cox.net that Is Stored at Premises Controlled by Cox Communications, Inc. |
| 2:18-mj-0212-PAL | February 15, 2018 | In the Matter of the Application of the United States of America for a Search Warrant for the Premises Known as: Location #1 – 1861 Bogey Way, Henderson, NV 89074, as More Particularly Described in Attachment A-1 |
| 2:18-mj-0213-PAL | February 15, 2018 | In the Matter of the Application of the United States of America for a Search Warrant for the Premises Known as: Location #2 – 8236 West Sierra Cascade Court, Las Vegas, NV 89117, as More Particularly Described in Attachment A-2 |
| 2:18-mj-0214-PAL | February 15, 2018 | In the Matter of the Application of the United States of America for a Search Warrant for the Premises Known as: Location #3 – 2255 Marlboro Drive, Henderson, NV 89014, as More Particularly Described in Attachment A-3 |
| 2:18-mj-0215-PAL | February 15, 2018 | In the Matter of the Application of the United States of America for a Search Warrant for the Premises Known as: Location #4 – 3111 South Valley View Boulevard, Suite E133, Las Vegas, NV 89102, as More Particularly Described in Attachment A-4 |

| | | |
|---|---|---|
| 2:18-mj-0216-PAL | February 15, 2018 | In the Matter of the Application of the United States of America for a Search Warrant for the Premises Known as: Location #5 – 4665 Garita Street, Las Vegas, NV 89121, as More Particularly Described in Attachment A-5 |
| 2:18-mj-0217-PAL | February 15, 2018 | In the Matter of the Application of the United States of America for a Search Warrant for the Premises Known as: Location #6 – 6285 McLeod Drive #2, Las Vegas, NV 89120, as More Particularly Described in Attachment A-6 |
| 2:18-mj-0218-PAL | February 15, 2018 | In the Matter of the Application of the United States of America for a Search Warrant for the Premises Known as: Location #7 – 6295 South Pearl Street, #800-900, Las Vegas, NV 89120, as More Particularly Described in Attachment A-7 |
| 2:18-mj-0219-PAL | February 15, 2018 | In the Matter of the Application of the United States of America for a Search Warrant for the Premises Known as: Location #8 – 2308 Heavenly View Drive, Henderson, NV 89014, as More Particularly Described in Attachment A-8 |

IT IS SO ORDERED.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

DATED:  June 19, 2020

3