# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No.: 2:19-cr-00295-GMN-NJK |
|---|---|
| Plaintiff, | **Order Setting Hearing** |
| v. | |
| JOSE SALUD CASTRO, | |
| Defendant. | |

The Court SETS a hearing on Defendant's motion for psychiatric evaluation, Docket No. 390, for August 31, 2022, at 11:00 a.m., in Courtroom 3C. Defendant Jose Salud Castro and his counsel are required to be personally present. Counsel for the United States may appear via video if appearing from outside this District; otherwise, counsel for the United States must appear in person.

IT IS SO ORDERED.

DATED: August 23, 2022.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE