**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 2:19-cr-00295-GMN-NJK |
| Plaintiff, | **Order** |
| v. | [Docket No. 612] |
| JOSE SALUD CASTRO, | |
| Defendant. | |

Pending before the Court is the parties' joint motion to continue status hearing. Docket No. 612. The Court **GRANTS** the parties' joint motion and **CONTINUES** the status conference currently scheduled for 1:00 p.m. on March 9, 2023, to 1:00 p.m. on June 2, 2023, in Courtroom 3C. Defendant and his counsel must be present in court.

IT IS SO ORDERED.

Dated: March 8, 2023

_____
Nancy J. Koppe
United States Magistrate Judge