UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        vs.<br><br>JOSE SALUD CASTRO, SR.,<br><br>        Defendant. | Case No. 2:19-cr-00295-GMN-NJK<br><br>[Docket No. 775] |

**ORDER**

Based on the government's motion, and good cause appearing therefore, IT IS HEREBY ORDERED that counsel for the government may appear by video at the May 15 status conference.

DATED this 12 th day of May, 2023.

_____
HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

3