# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> JOSE SALUD CASTRO, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | Case No.: 2:19-cr-00295-GMN-NJK <br><br> **ORDER** |

Pending before the Court is the Report and Recommendation ("R&R"), (ECF No. 906), of United States Magistrate Nancy J. Koppe, which recommends Defendant Jose Salud Castro be required to stand trial based on her finding that he is competent to do so.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2.  Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made. D. Nev. R. IB 3-2(b).  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b).  Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (citing 28 U.S.C. § 636(b)(1)).  Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's R&R where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so has passed. (*See* R&R, ECF No. 906) (setting a November 28, 2023, deadline for objections).

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 906), is **ACCEPTED and ADOPTED** in full.

**IT IS FURTHER ORDERED** that Defendant Jose Salud Castro be required to stand trial because he is competent to do so.

Dated this __30__ day of November, 2023.

_____
Gloria M. Navarro, District Judge
United States District Court